

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00378-CR

Roberto **GARCIA, JR.**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-04-10924-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

In the underlying case, appellant pled guilty and was sentenced on December 4, 2013. Rule 34.6(d) of the Texas Rules of Appellate Procedure states, "If anything relevant is omitted from the reporter's record, the trial court, the appellate court, or any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." TEX. R. APP. P. 34.6(d). It is therefore ORDERED that Ms. Sonia Trevino prepare, certify, and file a supplemental reporter's record of the original plea and sentencing hearing.

In addition, Rule 34.5(c) of the Texas Rules of Appellate Procedure states, "If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item." TEX. R. APP. P. 34.6(d). It is therefore ORDERED that the trial court clerk prepare, certify, and file a supplemental clerk's record containing the documents reflecting the appellant's original plea.

The supplemental reporter's record and supplemental clerk's record must be filed in this court no later than February 11, 2015.

It is so **ORDERED** on the 28th day of January, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court